UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Harvey Cruz                           CIVIL NO. 98-2132 (DRD)

v.

Defendant(s) United States of America, et al.

| MOTION | ORDER |
|---|---|
| Docket entry no. 8 | ❏ GRANTED. |
| Date: July 27, 1999 | ❏ DENIED. |
| Title: Motion To Dismiss For Lack Of Subject Matter Jurisdiction As To Federal Employee and Agencies | ❏ MOOT. |
| | ❏ NOTED. |
| Motion To Dismiss is deemed unopposed and no opposition shall be entertained. IT IS SO ORDERED. | |

RECEIVED AND FILED
99 OCT 27 AM 7:50
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Date: 10/25/99

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE