UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

HARVEY CRUZ,
    Plaintiff,

vs.

CIVIL NO. 98-2132 (DRD)

DEPARTMENT OF TREASURY, et al.
    Defendants.

## ORDER

On January 28, 2000, the Plaintiff filed a Motion Requesting Scheduling of Pretrial Conference (Docket No. 11), stating that discovery is complete and that this case is ready for trial. No opposition has been filed. Therefore, the Court shall hold a **Pretrial Conference on June 13, 2000 at 9:00 A.m.**

IT IS SO ORDERED.

Date: May 3, 2000

                                        DANIEL R. DOMINGUEZ
                                      U.S. DISTRICT JUDGE

P:\PEACHORD ERS\98-2132 ORD