UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**　　　　　　　　　　DATE: June 13, 2000

**CIVIL NO. 98-2132 (DRD)**

===============================================================

| | |
|---|---|
| **HARVEY CRUZ,** | Attorneys: |
| Plaintiff, | Ivan M. Fernández |
| v. | |
| **DEPARTMENT OF TREASURY, et al.,** | Lisa E. Bhatia Gautier |
| Defendants. | |

===============================================================

A SETTLEMENT CONFERENCE was called. The settlement negotiations are very close to bearing fruit. Should no settlement materialize, the Court will hold a **Pretrial Conference** on **July 31, 2000 at 9:30 p.m.**

P \MINUTES\98-2132 MEM
s/c: Counsel of record

　　　　　　　　　　　　　　　　　　　　　　　**DANIEL R. DOMINGUEZ**
　　　　　　　　　　　　　　　　　　　　　　　**U.S. DISTRICT JUDGE**