UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

HARVEY CRUZ,

    Plaintiff,

v.                        CIVIL NO. 98-2132 (DRD)

DEPARTMENT OF TREASURY, et al.,

    Defendants.

## ORDER

The parties filed a Stipulation for Compromise Settlement (Docket No. 15), requesting this action be closed. The Court, pursuant to FED. R. CIV. P. 41(a)(1)(ii), **GRANTS** the Plaintiff's motion (Docket No. 15) and, therefore **DISMISSES** this case **WITH PREJUDICE**. Judgment shall be entered accordingly.
**IT IS SO ORDERED.**

Date: August 16, 2000

P:\PEACHORD.ERS\98-2132A.DIS

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

Rec'd:    EOD:

By:     #