UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

HARVEY CRUZ,

    Plaintiff,

v.   CIVIL NO. 98-2132 (DRD)

DEPARTMENT OF TREASURY, et al.,

    Defendants.

## JUDGMENT

In accordance with the Order of this same date, this case is **DISMISSED WITH PREJUDICE**.
**IT IS SO ADJUDGED AND DECREED.**

Date: August 16, 2000

P:\PEACHORD.ERS\98-2132A.DIS

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

Rec'd:   EOD:

By: